■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE GUMBS, Also Known as EDWARD A. GUMBS, Appellant. [778 NYS2d 892]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Mullin, J.), rendered May 18, 2001, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt of robbery in the first degree is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10 [1995]; *People v Udzinski,* 146 AD2d 245 [1989]). In any event, viewing the evidence in the light most favorable to the People (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt.

The defendant's remaining contentions either are unpreserved for appellate review, without merit, or do not require reversal. H. Miller, J.P., Goldstein, Luciano and Spolzino, JJ., concur.